ORIGINALS 1/3/24

P- 1-415

DANIEL DORADO
(Name)

High Desert state Prison
(Address)

P.O. Box 3.030, Susanville, CA 96127-3030
(City, State, Zip)

C.D.C- BN7728 , I.D.-12237031
(CDCR / Booking/ BOP No.)

FILED

JAN 0 7 2025

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# United States District Court
## Southern District of California

DANiel DORADO ,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

SUMMER STEPHAN, SAN Diego District Attorney
Jessica Coto, Deputy District Attorney ,
KATHERINE CRUUS, San Diego Police Dept. ,
NANCY KARMOLECH, ACCUSER, INDIVIDUAL ,
CHARLes Rogers, San Diego Superior Court JUDGe, (Ret.)
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. **'25 CV 0083 DMS SBC**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, DANiel DORADO ─
(print Plaintiff's name)
BN7728 , who presently resides at High Desert State Prison Susanville, CA 96127
(mailing address or place of confinement)
Civil AND Constitutional RightS , were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Trial Court-SAN Diego Superior Court, S.D. CA 92101
George Bailey Detention Facility, San Ysidro, CA. on (dates) 12/19/2019 , 4-2018 , and 3/28/2018 , (Count 4)
(institution, place where violation occurred)          (Count 1)    (Count 2)    (Count 3)

4-3-2018 | 12-19-2019 | 4/2/2018 | 11-2020 | 2/2018 | 11/2019 | 4-208 THrough 9/2018
(Count 4) (Count 5) | (Count 6) | (Count 7) | (Count 8) | (Count 9) | (Count 10)

P-2415    Copy

Exhibit
(A)
&
(D)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

San Diego District Attorney                    San Diego District Attorney(s)

Defendant _SUMMER STEPHAN_ resides in _Hall of Justice · 330 W. Broadway. San Diego_
           (name)                            (County of residence)    County

and is employed as a _San Diego District Attorney_. This defendant is sued in
                      (defendant's position title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _WAS AWARE OR, SHOULD HAVE BEEN AWARE of THE DELIBERATE_
_WITHHOLDING of MASSIVE EXONERATING EVIDENCE VIA DISCOVERY AND continues to WITHHOLD_
_AWARE of ALL MISCONDUCT AND MALICIOUS ACTIONS AND EFFORTS of HER ASSOCIATES-_ D.A FLAHERTY
                                                                                D.A. Coto

Exhibit
(B)
&
(D)

Defendant _Deputy D.A. Jessica Coto_ resides in _San Diego County · D.A.'s office_
           (name)                                 (County of residence)

and is employed as a _Deputy District Attorney of S.D. County_. This defendant is sued in
                      (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Completely Deprived Me of My Constitutional AND Civil Rights...Devised Actions_
_to Have Me possibly Murdered in prison... Kept Me From Bailing...Detained Me, Mislead_
_Jury, Colluded AND Conspired As The only Avenue to Convict Me..._

Exhibit
(C)
&
(F)

Defendant _Detective Catherine Crumb "_ resides in _San Diego County._,
           (name)                                   (County of residence)

and is employed as a _San Diego Police Detective (Lead Det.)_ This defendant is sued in
                      (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under    "

color of law: _Detective Crumb Colluded with every Accuser to Accuse Me of "RAPE BY DATE._
_Deprived Me of All My Constitutional & Civil Rights. Deliberately Perjured Her_
_Entire "UNDER OATH" testimony, AND Deliberately Assisted in Depriving Me of_ Exculpatory _Evidence_

(H)

Defendant _NANCY KARMELICH_ resides in _3241 OAK GROVE RD, ROSSMOOR CA._
           (name)                               (County of residence)
                                                                         90720
and is employed as a _Health Field_. This defendant is sued in
                      (defendant's position/title (if any))

his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Obstruction of Justice. Destruction of Exonerating_
_Evidence. Perjured testimony, Manufactured evidence, False Police Report, All_
_With Malice of ForeThought..._

P-3 of 15    COPY

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

(JUDGE)

Defendant <u>Charles</u>  <u>Rogers</u>  resides in <u>San Diego County</u>.
                (name)                                    (County of residence)

and is employed as a <u>Superior Court Judge (Ret.)</u>. This defendant is sued in
                    (defendant's position title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: <u>Complete Collusion with the Prosecution</u>

<u>Allowing Massive Amounts of Hearsey Evidence, Overruling</u>

<u>and Sustaining Favorable to Prosecution. Not Allowing Exonerating Evidence,</u>

<u>Illegal Sentencing</u>

Defendant _____ resides in _____,
            (name)                                    (County of residence)

and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____.

Defendant _____ resides in _____,
            (name)                                    (County of residence)

and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____.

Defendant _____ resides in _____,
            (name)                                    (County of residence)

and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____.

Exhibit (A)                                    Count (#1)

## C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 4th & 5th Amendment - Prosecutorial Misconduct - Failure to Disclose Exculpatory Evidence - "Due Process of Law"

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

The enclosed "Exhibit lists (38) individual pieces of "Exculpatory Evidence" never provided to the Defense including my interrogation both in print and video... The Prosecution has had every single piece for the past 6½ years and even as today, (12-3-24) Still have not provided it even with their July 3, 2024 confirming letter... The Exhibit list attached in Exhibit (A) of the (38) pieces of exculpatory evidence were gathered and arraigned from the VERY SAME 747 pages of "Discovery" mailed to Me "Directly" here in prison from the San Diego District Attorneys office that is Now continuing to provide its contents... In the very same July 3, 2024 letter, Page two, paragraph two, The District Attorneys Assistant asks me to specify what exactly what is it I Need...? However, A mere (3) weeks later I'm denied the very same exculpatory evidence by a Judges ruling whereby the Judge states "I had not excercised My efforts to obtain Beforehand.. This statement is patently false and this Judge knows that! I have mailed numerous pieces of Proof confirming My exact efforts for more than (1) year Directly to the District Attorney, Public Defenders office, the Judge Michael S. Groch Directly. Liza Suwcinsky of the Public Defenders office "Confirms" in a letter dated Feb. 7, 2024.... Paragraph #2, quotes.. "In Mr Dorados follow up letter "He included documentation of His Prior Attempts to obtain "Discovery" From Attorney Kim Santini who Represented Mr. Dorado At Trial"-(unquote).. I Firmly Belion These Actions Are Deliberate in order to continue to Prevent Me From Proving My "Complete Innocence".. It is/was My Constitutional Right to Have Had This Evidence Long Ago. They knew There would Be No case Had I Had it. (5) years later, I'm Still Pleading & In Prison...

Count #2

Exhibit (B) Count (#2)

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Constitutional Right to Bail Prevented By (San Diego District Attorney).

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

1) Deputy District Attorney Jessica Coto obtained the Specific Names and Company Names of the Bail Bond Companies my Associate was working with through "wire tapping" her cell Phone. (No Jail Calls involved) Once obtained, The District Attorneys office called and intimidated not only the individual Bail Bond Company But also their specific, associated "Surety" Company that insures the Bond intimidating them to Not assist me to Bail "including" The Bail Bond Company located in Los Angeles, CA. (Montana Bail Bonds) that eventually Bailed me out "Approx (6) Months "After" my Arrest... The owner, Sal Chamsi refused to Be intimidated, as did His "Surety" Associated Company. (Declaration and Trial Transcripts Attached will Confirm)

2) All The Above Actions were Being Committed "Simultaneously" While lead Detective "Catherine Crumb" was doing The very same exact "Acts of intimidation" towards my clients to NOT assist me to Bail...

3) These Deliberate Acts caused me to lose my restaurant and "Several" pieces of Real Estate, as well as A very, lucrative "Transferable lease" connected to The Mentioned restaurant

4) I Have "Proven" without question my Ability to Have "Bailed" within 2-3 Days instead of The (6) months | her Actions resulted in

5) The very First client that was called and intimidated is the very same person I've proven would Have actually assisted me with Bail.. There was absolutely No Need for me to Have approached Anyone else..

3

Exhibit (C)          Count #3 P-6 of 15

Count 2: The following civil right has been violated: 5TH AMENDMENT-DUE PROCESS-NO
(E.g., right to medical care, access to courts.
MIRANDA Rights" GIVEN till 9½ HOURS AFTER ARREST, 5½ HOURS AFTER "COURT ORDERED" SEARCH
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own
words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to
violate the right alleged in Count 2.]

LEAD Detective CATHERINE CRUMB Completely PERJURED HER ENTIRE "UNDER OATH" testimony REGARDING THE ISSUING of My MIRANDA RIGHTS. Simply put, SHE testiFied SHE GAVE Me My MIRANDA RIGHTS" WHILE I WAS HANDCUFFED, SITTING IN THE REAR of A PATROL CAR WHEN IN Reality, SHE DID NOT ISSUE ANY MIRANDA RIGHTS until 9½ HOURS AFTER My ARREST (COURT ORDERED) AND NOT until 5½ HOURS AFTER THE "COURT ORDERED SEARCH" WHereby, DURING THE SEARCH I WAS ASKED Several DIRECT questions ABOUT SPECIFIC Pieces of EVIDENCE BEING Collected IN Real time. (THE INTERROGATION will CONFIRM My ABOVE claims AND STATEMENTS) ON PAGES 1, 2, 3 of THE INTERROGATION (See ATTACHED) THe Detective CONFIRMS SHE NEVER INTRODUCED HerSELF, NOR Her POSITION, NOR WHY I WAS BEING ARRESTED, NOR EVER CAME to THE PATROL CAR to INTRODUCE HerSELF... (THE BODY CAM NOT PROVIDED will CONFIRM My claims) I DID NOT Meet Her until THE Police STATION. THE Detectives Completely PERJURED THEIR ENTIRE "COURT ORDERED SEARCH testimony KNOWING THE BODY CAM WOULD NOT BE PROVIDED ENABLING THEM to Completely MAKE THEIR STATEMENTS "HEARSEY"... THE KNEW THEY HAD NOT GIVEN Me My MIRANDA RIGHTS till NUMEROUS AFTERS HOURS of SEARCH yet Deliberately DID So to PURPOSELY MISLEAD THE JURY to GIVE THE IMPRESSION to THE JURY My GUILT FROM THE Moment of My ARREST LAYING THE FOUNDATION FOR A Completely FALSE NARRATIVE to "COVER THEIR TRACKS" MAKING IT APPEAR AS IF I WAS GIVING INCRIMINATING STATEMENTS. THE INTERROGATION PROVES THAT NEVER HAPPENED NOR, WAS THE CASE. THE EXHIBIT titled (#4) DETAILS EXACTLY WHAT OCCURED.. "It is ILLEGAL to MAKE "HEARSEY" STATEMENTS WHICH Were Supposedly STATED BY THE ACCUSED IN ORDER to CONVICT... THE JUDGE Also CONFIRMS "He READ THE INTERROGATION yet, Deliberately REFUSED to Let THE JURY READ THE TRANSCRIPTS NOR See THE VIDEO of WHICH BOTH ARE PART OF THE 38 pieces of "DISCOVERY" THE DISTRICT ATTORNEYS OFFICE REFUSES to "TURN OVER".. THIS AGAIN Proves Complete Collusion Between JUDGE, D.A, & Detectives

EXHIBIT (D)                    COUNT (4)

<u>Count 2</u>:  The following civil right has been violated: 8TH,4TH 5TH 6TH 14TH AMENDMENTS: "FREEDOM FROM
            (E.g., right to medical care. access to courts.
CRUEL AND UNUSUAL PUNISHMENT - DEFAMATION - DUE PROCESS - INFLICTED BY SAN DIEGO DISTRICT ATTORNEY(S) OFFICE"
            due process. free speech. freedom of religion. freedom of association. freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 2. State what happened clearly and in your own
words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to
violate the right alleged in Count 2.]

False Sex CHARGES (Lewd Act with a Minor) were "Deliberately" Posted on The SAN DIEGO SHeRiFFS Dept.'s
website FoR The entire Public. to view to RUIN Me and My Businesses. It was Posted in ORDeR to Have Me
seriously ASSAULTED AT The very least, AND possibly MURDERED. The CHARGes were "Never" removed until (6)
MONTHS Later when I Finally was Able to successfully BAIL even THough My ATtoRNey(S), ASSOCIATes, family
members All Pleaded "Daily" to Remove. These "CRIMINAL Acts" were DONE "SIMULTANeously AND in "UNISON"
with The DistRict ATtorneys office contacting AND intimidating "BOTH" BAIL BOND Companies AND Their
Surety Companies "NOT" to assist Me to BAIL. I Have "Proven" without question I Could Have BAILed
out in 2-3 Days... The False CHARges were Removed The Same Day I BAILeD (6) MONTHS Later. These
Heinous" CHARges were "NOT" on The ORIGINAL list oF CHARGes The DAY of My ARRest MAR. 28, 2018 Yet,
were THere IN The New CHARGes in PRINT" on APRil 3, 2018 AND SHown to Me By ATtorney Gretchen von Helm
THEN, RemoveD By APRil 9, 2018 As SHown in EXHibit (D). The D.A. "RefuSes to Provide oRiginal
CHARGes From MAR. 28, 2018 NoR APRil 3, 2018 AND The CouRt Appointed Apellate Attorney states
"THere were NO such CHARges IN what I ReceiveD From CouRts (See Discovery, EXHibit (A). The
Apellate Attorney is Cynthia M. JONes, Avatar Legal P.C. 19363 Willemette DR. #194, west linn, OR, 97068
2) The Medical Reports results are Directly Attributed to These Falsely PostD CHARges. It was A "Near
DeATH" Experience, I was in "CRitical Condition As A result From Fearing For My life. I Have Absolutely"
No History of Any Medical Issues of Any KIND Especially, Along, THis line of HeAlTH THIs was THe 2ND
Episode. They Refused to Treat Me The First Time... I Bled out "in A JAil Cell while waiting to Go to
Court The DAY of Pre-lim HeARing....
3) I was THReateneD "DAily" By JAil inmates AND Physically ASSAulteD MoRe THAN once As A "DiRect"
result of These False CHARges.. All The above is Fully Documented.
4) I was THReatened Directly with "DeATH" By Detective JOHN Sullivan (*See "DeATH THReat" EXHibit)
                    DeFAMAtion, SLANDER, Libel
5) The False CHARGe(s) CReated "IMMENse StRess AND ANxiety" Due to The Fact My Restaurant was being
Established AND LocAteD in A "Residential AreA" THAT welcomed entire Families...with Many
HAVING SMAll CHIldRen whom All Knew Me well. The DeliberAte EFForts to
Keep Me JAileD (6) MONTHS AFteR My ARRest was to intentially HAVe Me Lose
My Restaurant AND My Reputation. It Also DAMAGeD My RelAtionsHip with My Family

EXHIBIT (E) Count (#5) P-8-915

Count #5

Count 3: The following civil right has been violated: "Prosecutorial Misconduct" "Not Correcting False testimony" (5TH & 14TH Amendment Due Process of law") (E.g.. right to medical care, access to courts. due process, free speech. freedom of religion, freedom of association. freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

The enclosed exhibit list (91) mislead statements and out and out deliberate lies by the prosecution... These (91) false statements are only attributed to the Deputy District Attorney Jessica Coto (38), lead detective Catherine Crumb (41), Detective John Sullivan (12)... The total amount of lies and misleading statements that need "correcting" total (209) two hundred and nine. Why? The majority of lies made "under oath" by all parties circled around the very "interrogation" between me and lead detective Crumb that the judge refused to allow jury to read transcripts or, view yet, he allowed the prosecution to refer to its 'contents over 60 times telling complete lies and creating completely false narratives beginning at the very start of the trial to set the foundation of their case... More importantly, lead detective Crumb was allowed to sit "2ND chair" for the entire trial knowing full well that each and every accuser was "perjuring" their testimonies... The discovery statements, their "under oath" testimonies will completely contradict the interrogation when they were discussed individually... The detective knew I was truthful and why they had NO case if shown. I have only included the (91) lies but, will forward it all at your request. I have sent all the stated above to the presiding JUDGE Michael S. Groch (968 pages), District Attorney Summer Stephan (1,117 pages) with C.C. to JUDGE the Dore Weathers and A.G. Robert Bonta.

Count 6

EXHiBiT (F)   COUNT (e) P 9/15

Count 2: The following civil right has been violated: Constitutional Right
to Bail - Prevented By: (San Diego Police Dept.).
(E.g., right to medical care, access to courts.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

1) Lead Detective "CATHERINE CRUMb" Proceeded to call AND "Directly" intimidate My AD Agency Clients into NOT Assisting Me WiTH Bail THAT I've Proven THrough THe Direct evidence sent to THe DISTrict Attorney SUMMER StepHAN, JUDGe MicHAel S. GnocH, JUDGe THeodore weATHers, AND Attorney General Robert BONTA...
Her Conduct, Actions, AND words were of THe exact Behavior of THe District Attorneys office AND Deputy District Attorney, Jessica Coto... Again, THey were Done iN UNISON wiTH eacH oTHer resulting iN Complete Collusion.

2) THe Detective Perjured Her entire "UNDER OATH" testimony Regarding "JAil Calls". (See ATTacHed TRANSCripts, Declarations, AND iNMAte testimony.)

3) Detective CrumB Completely DeFAMed AND SLANDered My Being, NAMe, AND Business Conduct During Her testimony wiTH Absolutely NO evidence wHAtsoever to Her CLAiMS.

4) I've Also Be Able to Prove wiTHout question THAT THe very First client SHe called AND intiMiDAted, was Also THe very SAMe Client I only Needed to Bail.. His testimony is ATTacHed wiTH Confirming, cancelled cHecks

EXHIBIT (C) COUNT (#7)

Count 3: The following civil right has been violated 8TH AMENDMENT - 40 YEAR SENTENCE - (BIASED)
(E.g., right to medical care, access to courts,

Deliberate ERROR- Allowed "MASSIVE Amounts of "HEARSAY" testimony Leading to WRONGFUL Conviction

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

JUDGE USED Higher Sentencing Calculations At Resentencing "once Again" At Re-senting in April 2023. The JUDGE Merely subtracted (2) years totalling 38 years. This Sentence is "CRUEL AND unusual Punishment". At A lower Sentencing, I would Not Have Had to endure level 3 Conditions due to My inflated Points". I Also Believe This was The intent of The Prosecution Colluding with The JUDGE to Have My conditions Reach The level (4) outcome By MASSIVELY INCREASING My CHARGES From (14) The DAY of My ARREST to 35 By The time of trial. I would Have Reached 60 points HAD I Been Convicted of "MARISSA D" whom The Prosecution was willing to Allow Her to knowingly Perjure Her entire trial testimony." (* I AM MORE THAN willing to Provide All "NON-Corrected" False testimony Statements By MARISSA D At Trial Compared to Detective Crumbs own Words During interrogation... I was Never Found Guilty of "MARISSA D" Nor ANY of The ADDITIONAL women who Came FORWARD when The Prosecution went "Public" seeking More victims, yet The JUDGE Allowed These women to Give "Impact Statements" At The Sentencing Phase... They Also Involved "ANDREA M" As A victim even Though she MAINTAINED From The Pre-lim She was Not A victim And Reiterated THAT Fact At trial. The October 7th, 2024 "Published opinion" CONFIRMS THE JUDGES ERROR. (See Exhibit G) The JUDGE KNEW oR SHould Have Known The LAW especially After 38 years on The "BENCH". He Retired After My case yet, Returned to Re-Sentence Me.. I Firmly" Believe THIS JUDGE was BIASED And MADE THIS TRIAL "Personal"... The JUDGE ORDERED The Jury "Not" to Discuss ANYTHING with The Media FoR 90 DAYs, would Not Allow The Jury to know two of THese Four women I was Found Guilty HAD Already Been Extensively Investigated with NO CHARGES Brought AND would Not Allow The Jury to know I Requested A Polygraph 11 times During The interrogation He Refused" The Jury to Hear Nor Read TRANSCRIPTS. It is Also Reflected IN THE "72" Hearsay Statements Allowed By THE Prosecution Regarding statements within interrogation to Convict AN INNocent MAN. (*See Exhibit G, Page 2730) Also Refer to Entire Exhibit "C"... The entire "Court ORDERED SEARCH" testimony By Detective(s) was Complete Hearsay AND untrue yet, The JUDGE Allowed Detective(s) Crumbs testimony Regarding MIRANDA Rights was Completely Perjured AND THE JUDGE Knew THAT... So Det. Sullivan Knew He Could Lie About The Search. I Never MADE ANY of THOse statements During The SEARCH AND The interrogation will confirm THAT Fact... The JUDGE Knew THAT. D.D

§ 1983 SD Form
(Rev. 8/15)

(H)  Count # 8)  P-11,15

DEFENDANT NAME: NANCY KARMELICH

Count 2: The following civil right has been violated: 5TH & 14TH AMMENDMENT - "CRUEL AND UNUSUAL PUNISHMENT, OBSTRUCTION OF JUSTICE, CONSPIRACY TO OBSTRUCT, MALICE
(E.g.. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

IN NO LESS THAN (9) SEPARATE PLACES WITHIN THE Detectives INTERVIEW AND TRIAL INTERVIEW TRANSCRIPTS DID NANCY KARMELICH "ADMIT" WILLINGLY AND Deliberately to ERASING ANY AND ALL EXONERATING EVIDENCE THAT WOULD HAVE CONFIRMED THAT ALL HER ACCUSATIONS WERE FALSE AND Complete LIES... It WILL ALSO CONFIRM HER Complete MANUFACTURING OF EVIDENCE SHE PROVIDED WITHOUT "CHAIN OF CUSTODY", NOT HAVING LAW ENFORCEMENT COLLECT AND PRESENTED ONE MONTH AFTER OUR DATE... The EXHIBIT E) WILL ALSO CONFIRM NANCY KARMELICH WAS "NEVER LURED" INTO ANY SITUATION AS SHE CLAIMS AND TESTIFIES TO AT SENTENCING. SHE COMPLETELY "VETTED" ME BOTH PERSONALLY AND PROFESSIONALLY AND STATES THAT VERY FACT.. NANCY KARMELICH'S ALSO LIED BY STATING, "HE HAS A HISTORY OF USING "DATE RAPE DRUGS" TO RAPE WOMEN" WITH Absolutely NO SINGLE PIECE OF EVIDENCE... I'VE ALREADY PROVEN LEAD DETECTIVE CATHERINE CRUMB TOLD EVERY ACCUSER THAT "HE DRUGGED YOU" INCLUDING THE WOMEN THAT CAME FORWARD LATER THAT WAS NEVER FOUND GUILTY OF ANY OF THEM... THAT IS A VIOLATION OF MY DUE PROCESS AND PROOF CONCERNING THE CRIME OF NOT ONLY OBSTRUCTION OF JUSTICE, BUT ALSO "CONSPIRACY TO OBSTRUCT". THE WAS ABSOLUTELY NO OTHER WAY NANCY K COULD HAVE BEEN AWARE OF THAT FALSE COMMENT.
* Detective CATHERINE CRUMB ALSO HAD EVERY OPPORTUNITY TO PROVIDE THE VERY SAME EXACT INFORMATION / EVIDENCE THAT NANCY KARMELICH ADMITTED TO ERASING BY RETRIEVING IT ALL FROM MY TWO PERSONAL CELL PHONES THE DETECTIVE PERSONALLY TOOK DURING THE "COURT ORDERED" SEARCH. THE DETECTIVE TOOK MY COMPLETE PROFILE FROM THE DATING SITE WHEREBY I MET NANCY KARMELICH INCLUDING PERSONAL EMAILS BETWEEN SHE AND I, MY PHOTOS, MY PROFILE IN DEPTH AND USED IT AGAINST ME AS EVIDENCE AT TRIAL BUT DID NOTHING TO PROVIDE NANCY KARMELICH'S THAT WAS EASILY AVAILABLE TO HER THAT WOULD HAVE PROVEN NANCY KARMELICH A COMPLETE LIAR... YET, AFTER ALL THIS, THE JUDGE ALLOWED TO CONTINUED.. THE JUDGE KNEW FULL WELL CRIMES HAD BEEN COMMITTED AND DID NOTHING TO ADDRESS.

EXHIBIT (E)                    Count (#9)

Count 2: The following civil right has been violated: 5TH ; 14TH Amendment- Due Process of Law
(E.g., right to medical care, access to courts,

Collusion Conspiracy to obstruct By The Prosecution .

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

1) The Deputy D.A. Jessica Coto And Lead Detective Katherine Crumb Combined to tell a total of 85 Separate lies of which I Have Documented in Exhibit (E). On Page 734 of Trial Transcripts, The Deputy D.A. Coto states "The Detective Had Good intentions, Not BAD ones" However, The "P.F.N" Transcripts will Prove Detective Crumbs Perjured Testimony Proves Her intentious.. While The Lead Detective lied to The Jury, The Deputy D.A. coto was Simultaneously Tapping a Victims pHone, Gathering The Bail Bond and surety Companies INFO, Calling and Threatening Them Not to Help Me Bail (Just As Det. Crumb was Doing to My clients. Completely Colluding to Keep Me From My Basic Constitutional Rights, Causing Me to Lose Everything..

2) The Colluding Between Accusers And Det. Crumb is Completely Criminal. The Detective Had All The Exonerating Evidence Available to Her And Deliberately Kept it From The Defense.

3) Deputy D.A. Coto Colluded with The "Courts" to make "Certain" The interrogation would Never Be Shown nor Referred to As Far Back As even Before The Pre-lim Trial, yet Used All The Information in it to Manipulate And Convict Me. It's All Documented

4) The Deputy D.A. Coto And Both Detectives Colluded with one Another to Completely Fabricate The "Search" testimony And That is Confirmed By Detective Crumbs (5) lies Regarding My Miranda Rights. Judge Knew The Detective was Perjuring Her Entire Story..

5) Please Refer to Exhibits A, B, C, E, F, G, H, J. They will All Explain to a Much Deeper Level of Colluding...

*There Are Simply too Many Examples to list. I Am More Than willing to Send The Entire File on This one Category.
** The Massive Amount of "Hearsey" Allowed By The Judge Lends to This Really Being Allowed to Become Just That...

Count 3: The following civil right has been violated: 4ᵀᴴ & 15ᵀᴴ Amendment - Due Process

Preventing My Ability to Bail By FEDERAL CRIMES

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

* Wire-tapping - Federal Crimes By The District Attorney(s) Office... The Attached Documents Show The Extent I went to Address This Criminal Act on The Deliberate Orders of The San Diego District Attorneys Office. These Acts were Specifically taken to Deliberately Contact AND Intimidate The Bail Bond Companies AND Their Surety Companies to Prevent Me From Bailing From Jail AND Thus, Depriving Me of My Constitutional Right to Bail AND Deprive My Due Process, AND Most Importantly, A FAIR TRIAL... This Cause Me to Lose Everything... Literally... These Acts were The only way to obtain The Direct Information of Whom we were working with. There was Never A Single Conversation From A "Jail Call" Discussing The Topic of Whom we were working with. (The Discovery Evidence of "Jail Call Logs" will Confirm) The Criminal Acts were Going on "Simultaneously" while The Detectives were Doing The very Same Conduct of Calling AND intimidating My clients Not to Assist Bail.

* The Actions taken By The District Attorneys Office was Deliberate to Keep Me Jailed For (6) Months... They Also ADDED "ANDREA M" who was Doing All The "Leg work" For Bail As A "victim" yet, Allowed Her to keep Her Phone Calls Going with Me Thus Allowing Them to obtain The Information By Tapping Her Phone The Never Put Her ON The Restraining Order Thus Allowing Me to Speak with Her giving Them Access. They Also Allowed Me to "Live" with Her The Entire 15 months ON Bail... I Have Sent 22 letters to The F.B.I with Absolutely ZERO Reply This Conduct is So Devious with Absolutely NO Regard For The Law.

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: DANIel DORADO - BN7728

Defendants: CATHERINE CRUMB (SAN Diego Police Dept.) Deputy D.A. Jessica Coto (SAN Diego District Attorney office)

(b)  Name of the court and docket number: U.S. District Court - SOUTHERN
3:20-CV-01936-JAH-LL .

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
CASE DISMISSED WITHOUT PREJUDICE .

(d)  Issues raised: ONLY BROUGHT UP DUE PROCESS REGARDING INTIMIDATION of MY clients, BAIL BONDS Companies, Their Associated Surety Companies, DeliberAte FAlse SEX CHARGES of "LEWD ACT WITH A MINOR POSTED BY THE District Attorneys office. HOWEVER, I HAD NO EVIDENCE.. I DO Now ... .

(e)  Approximate date case was filed: 3-22 (APPROX.) .

(f)  Approximate date of disposition: 7-22 (APPROX.) .

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

* I HAVE GONE THROUGH THE initiA Appeal process... I will Be Re-Sentenced For The Second time...
* I HAVE Filed A BRADY Motion DAted 11/4/24.
* Their is A "Conviction Review" Supposedly in Motion SiNce Feb. 6, 2024 WITH Absolutely No STATUS up till Now.
* I intend on Filing BOTH My STATE AND FEDERAL "HAbous" But CANNot WITHout The "Discovery" WITHHELD EVIDENCE.

D. D

DANIEl DORADO

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

     1. An injunction preventing defendant(s):

My immediate Release FROM Prison, Defendants Refrain From Any Retaliatory Actions towards plaintiff, Defendants Do Not Contact Any Plaintiffs Family Members, Defendants Do Not Contact Plaintiff Directly, Courts Assign Private Attorney of My choice ... Courts Award Me Counsel For Jury Trial if Awarded lawsuit ........

     2. Damages in the sum of $50,000,000 (50 Million Dollars)

     3. Punitive damages in the sum of $150,000,000 (150 Million Dollars)

     4. Other: Real Estate properties valued At 5,860,000 (5 Million, 860 Thousand Dollars) list As Follows; 1) Castillo del Mar (3 Million), 324 E. Erwin St, Tyler, Tx. 450,000 (Four Hundred Fifty Thousand Dollars, 21409 Trail Ridge Dr, Escondido, CA. 775,000, Amble RD, Escondido 150,000 Voce Del Mare Restaurant, 1,485,000 Dollars.. Transferable Lease value Plus 250,000 in Improvements Prior to Sale of Business

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

12/6/24
_____
Date

_____
Signature of Plaintiff

_____
DANIEL DORADO

Table of Contents: 42 U.S.C. 1983

Total of Pages: 1,019

By Exhibit

A) 123

B) 64

C) 113

D) 72

E) 211

F) 112

G) 140

H) 89

I) 8

J) 18



**SPOLIN & DUKES** P.C.
— CRIMINAL APPEALS AND WRITS —

11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 9006-
310-807-6571 | WWW.SPOLINDUKES.COM

## COMMON ARGUMENTS FOR
## FEDERAL WRITS OF HABEAS CORPUS

In the following table, we have outlined the most common types of arguments for federal writs of habeas corpus. This list of arguments is based on our experience handling federal writs on major cases.

| Argument | Federal Rights Affected | Frequency | Example Case |
|---|---|---|---|
| Prior lawyer's legal work fell below minimum standards. | Sixth Amendment – Right to Counsel | Common | *Strickland v. Washington*, 466 U.S. 668 (1984) |
| Prosecutorial Misconduct – Failure to disclose exculpatory evidence | Fifth and Fourteenth Amendment – "Due Process" of Law | Rare | *Milke v. City of Phoenix, 497 F. Supp. 3d 442 (D. Ariz. 2020)* |
| Inmate is innocent, as supported by new evidence | "Freestanding claim" of innocence under Fourteenth Amend. | Rare | *Jones v. Taylor*, 763 F.3d 1242 (9th Cir. 2014). |
| Inmate was forced to give incriminating statements to the police. | Fifth Amendment – Miranda Rights | Common | *Jones v. Harrington*, 829 F.3d 1128 (9th Cir. 2016). |
| Prosecutor behaved aggressively or made inflammatory statements. | Sixth Amendment – Failure to Object to Inflammatory Closing Argument | Common | *Zapata v. Vasquez*, 788F. 3d 1106 (9th Cir. 2015) |
| Delay in Trial by the Court. | Sixth Amendment – Right to a Speedy Trial | Rare | *McNeely v. Blanas*, 336 F. 3d 822 (9th Cir. 2003) |
| Inmate was prosecuted a second time after acquittal | Fifth Amendment – Double Jeopardy | Rare | *U.S. v. Patterson, 381 F.3d 859 (9th Cir. 2004)* |
| Prosecutorial Misconduct – Not correcting false testimony | Fifth and Fourteenth Amendment – "Due Process" of Law | Rare | *Dow v. Virga*, 729 F.3d 1041 (9th Cir. 2013) |
| Insufficient evidence to convict | Fifth and Fourteenth Amendment – "Due Process" of Law | Common | *Long v. Johnson*, 736 F.3d 891 (9th Cir. 2013) |

The best way to connect with us would be to call the firm's case manager at (310)
Also, before calling, it would be helpful to have the name and phone number of
or friend whom we can call back in the event that we need to return the call.



C-A
3

2/3    D (Previous Lawsuits)

640

when she read me my rights -- excuse me.  That's when she told me the charges that are being charged and then rearrested me.

THE COURT:  Mr. Dorado, do I recall --

THE DEFENDANT:  -- five and a half hours before I was ever, ever given my *Miranda* rights.  But if you would have allowed the interrogation, your Honor, it covered every single woman step by step.  And it frustrated them, and you -- you accused me of controlling it, but there's no problem controlling something if you're telling the truth.

THE COURT:  Mr. Dorado, do I recall that you filed a federal civil lawsuit involving the officers in this case?  Or am I mistaken on that?

THE DEFENDANT:  I did.

THE COURT:  You did.

And what's the status of that lawsuit?

THE DEFENDANT:  Your Honor, I don't know.  I only have what Liza sent me today.

But, your Honor --

THE COURT:  It was dismissed; correct?

It was dismissed; correct?

THE DEFENDANT:  Let me turn up the volume. Please just give me a moment.

Okay.  Please.

THE COURT:  Your federal lawsuit against the officers was dismissed; is that correct?

THE DEFENDANT:  That's correct.

3/3   D. (Previous Lawsuits)

Cr. 3/3

641

THE COURT: All right. All right.

And do you understand --

THE DEFENDANT: -- immunity.

THE COURT: Do you understand this is -- do you understand this is not a trial at this time? This is a sentencing hearing --

THE DEFENDANT: -- but I also -- I know it's not a trial, but I'm allowed to -- since it's resentencing, I'm allowed to give my -- my words. I asked Liza if I could speak. She said probably not. But you're -- but I'm in here for 40 years for something I haven't done because -- because a massive amount of evidence was never even shown that we have to go to the clerk now to request because my own attorney didn't turn anything over to me.

THE COURT: Well --

THE DEFENDANT: Neither did my investigator.

So I apologize, but how would you feel if you're in my case being accused by the judge of not having any remorse, of doing heinous things to somebody who destroyed all of their evidence?.

THE COURT: Mr. Dorado, do you understand that this proceeding is not the time to retry the case?

THE DEFENDANT: I do.

THE COURT: Okay. Is there anything further you'd like to say?

THE DEFENDANT: I do. I don't expect to run across you again. I do know that. I was just going to sit here patiently just like I did the first sentencing.



Package (1) of (3)

Application enclosed

(original)







DANIEL DORADO-B0083-8
B2-204-L
P.O. Box 3030
Susanville, CA 96127-3030

FULL DESERT
STATE PRISON

US POSTAGE HASLEY BOWES
ZIP 96130 $009.80
02 1W
0001397487 JAN 03 2025

FOREVER USA    FREEDOM    FREEDOM    FREEDOM    FREEDOM

ATTN:
U.S. District Court - Southern District of CA
333 West BROADWAY
San Diego, CA  92101

RECEIVED
JAN 07 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Package #2 of 3
Exhibits D, F, G, #

LEGAL MAIL

Re: People v Dorado - Case - SCD276163
42 U.S.C. 1983





DANIEL DORADO-BN7728
R2-204-L
PO Box 3030
Susanville, CA 96127-3030

ATTN:

U.S. District Court-Southern District of CA.
333 West. Broadway
San Diego, CA 92101

HIGH DESERT
STATE PRISON

RECEIVED
JAN 07 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Package #3 of #3
Exhibits (E)-(E)

Re: People v Dorado - Case: SCD276163

42 U.S.C. 1983

