UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DORADO, CDCR #BN-7728,<br><br>                      Plaintiff,<br><br>vs.<br><br>SUMMER STEPHAN, San Diego District Attorney; JESSICA COTO, Deputy San Diego District Attorney; KATHERINE CRUMB, San Diego Police Detective; NANCY KARMELECH, Accuser; and CHARLES ROGERS, Superior Court Judge,<br><br>                      Defendants. | Case No.: 25cv0083-WQH (SBC)<br><br>**ORDER DENYING AS MOOT SECOND MOTION TO PROCEED IN FORMA PAUPERIS** |

     Plaintiff Daniel Dorado is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On February 25, 2025, the Court granted Plaintiff leave to proceed in forma pauperis and dismissed his amended complaint for failure to state a claim. (ECF No. 7.)

     On May 14, 2025, the Court dismissed this action for failure to prosecute and failure to state a claim after Plaintiff failed to file an amended complaint despite being provided an extension of time to do so. (ECF No. 11.)

On September 24, 2025, over four months later, Plaintiff has now filed a second motion to proceed in forma pauperis. (ECF No. 13.) Because Plaintiff has already been granted leave to proceed in forma pauperis and because this case has been dismissed and closed, the Motion to proceed in forma pauperis is **DENIED** as moot. This action remains closed and dismissed without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1) and for failure to prosecute.

**IT IS SO ORDERED**.

Dated: October 17, 2025

Hon. William Q. Hayes
United States District Court